UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                Bankr. Case No. 20-17146

Jennifer A. Sunkin                                                      Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Daimler Trust
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011

        BK Servicing, LLC

        By  /s/ Ed Gezel_____

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on June 10, 2020 :

Ralph A Ferro, Jr
Ralph A Ferro, Jr, Esq Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ  07424

Jay L. Lubetkin
Rabinowitz, Lubetkin & Tully, L.l.c.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039

By   /s/ Ed Gezel, Agent
    Ed Gezel

516028